UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO ALEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEW SHERMAN, Warden, CSATF-SP,<br><br>　　　　　Respondent. | No. CV 13-7783 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 10/20/14 _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge